# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES INGRAM,<br><br>                    Plaintiff,<br><br>        v.<br><br>F. BREWER, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:07-cv-00176 DLB PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO RETURN TO PLAINTIFF PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT WITHIN TWENTY DAYS |

On March 13, 2008, this court received plaintiff's second amended complaint. Plaintiff included with his second amended complaint a request that the court redact portions of his complaint to remove the identity of his "legal representative".

The Court will not redact the plaintiff's second amended complaint. The Clerk of the Court is HEREBY DIRECTED to return plaintiff's second amended complaint to plaintiff. Plaintiff may resubmit his second-amended complaint if he so wishes, and plaintiff is advised that the court will file the complaint in the *form that it is received*.

Plaintiff is granted twenty (20) days from the date of this order to file his second-amended complaint. Failure to file a second amended complaint may result in a recommendation that this action be dismissed..

IT IS SO ORDERED.

Dated:    **March 17, 2008**             /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

1